IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TAMIKA CHRISTOPHER,** | ) | **CASE NO. 8:07CV273** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **CLEAN COUNTRY, INC., and** | ) | |
| **JIM EVANS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

    The matter is before the court on its own motion. On October 29, 2007, the court entered an order which granted the plaintiff until November 26, 2007 to file an amended complaint in accordance with the court's findings on initial review. (Filing No. 6.) Plaintiff has not filed an amended complaint or taken any other action in this matter.

    IT IS THEREFORE ORDERED that:

1. Plaintiff shall have until December 28, 2007, to show cause why this case should not be dismissed for want of prosecution and for failure to comply with the court's order; and

2. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: December 28, 2007: Deadline for Plaintiff to show cause why case should not be dismissed for failure to prosecute.

DATED this 5th day of December, 2007.

                                              BY THE COURT:

                                              s/Laurie Smith Camp
                                              United States District Judge