**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **TAMIKA CHRISTOPHER,** | ) | **CASE NO. 8:07CV273** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| **CLEAN COUNTRY, INC., and** | ) | |
| **JIM EVANS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

The matter is before the court on its own motion. On October 29, 2007, the court entered an order which granted the plaintiff until November 26, 2007, to file an amended complaint in accordance with the court's findings on initial review. (Filing No. 6.) Plaintiff took no action and the court thereafter granted Plaintiff until December 28, 2007, to show cause why this case should not be dismissed for want of prosecution and for failure to comply with the court's order. (Filing No. 7.) Plaintiff has taken no action in response to the court's memorandum and order. This case will therefore be dismissed without prejudice for failure to prosecute diligently and for failure to comply with the court's orders.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice for Plaintiff's failure to prosecute this matter diligently and to comply with this court's orders; and

2. A separate judgment will be entered in accordance with this memorandum and order.

DATED this 7th day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge